

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-13-00749-CV

**IN THE INTEREST OF C.G. AND B.G.,** Children,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06759
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Patricia O. Alvarez, Justice

On June 19, 2014, appellee filed a Motion for Rehearing raising three issues. This court is requesting a response pursuant to Texas Rule of Appellate Procedure 49.2 on only the first issue: whether this court "erred in finding that Appellant could not be found in contempt under Count One of the Order Holding [appellant] in Contempt and Granting Judgment for Child Support Arrearage and Attorney's Fees." It is therefore ORDERED that appellant may file a response, which is due **no later than July 14, 2014**. TEX. R. APP. P. 49.2.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court